| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SELYA, BRUCE M. | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status,<br>magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE - SENIOR STATUS | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>316 FEDERAL COURTHOUSE<br>ONE EXCHANGE TERRACE<br>PROVIDENCE, RI 02903 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP (REAL ESTATE GENERAL PARTNERSHIP) |
| 2. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | SELYA PROPERTIES (REAL ESTATE GENERAL PARTNERSHIP) |
| 3. JUDICIAL COUNCIL CHAIRMAN | RI STATE - FEDERAL JUDICIAL COUNCIL |
| 4. TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL (A NON-PROFIT CORPORATION) |
| 5. TRUSTEE EMERITUS | BRYANT UNIVERSITY |
| 6. DIRECTOR | LIFESPAN CORPORATION (NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS) |
| 7. ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 8 ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 9 DIRECTOR | HOSPITAL ASSOCIATIONS OF RHODE ISLAND (A NON-PROFIT CORPORATION) |
| 10 LIMITED PARTNER | POCASSET VILLAGE ASSOCIATES (REAL ESTATE LIMITED PARTNERSHIP) |
| 11 DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 12 ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 13 EXECUTOR | ESTATE # 1 |
| 14 EXECUTOR | ESTATE # 2 |

Selya, Bruce M

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW - ADJUNCT PROFESSOR | $25,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. BOSTON UNIVERSITY MOOT COURT COMPETITION | APRIL 10 | BOSTON, MA | MOOT COURT COMPETITION | TRANSPORTATION |
| 2. | | | | |
| 3. | | | | |
| 4 | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 2. FRIENDSHIP REALTY 40% APARTMENT BUILDING LINCOLN, RI | D | Rent | N | W | | | | | |
| 3. MA INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 4. MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. MET LIFE COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. ORBIS INC 1.9% COMMON STOCK | | None | J | W | | | | | |
| 7. PHOENIX COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. POCASSET VILLAGE ASSOC 2.5% APARTMENT BUILDING CRANSTON, RI | B | Rent | K | W | | | | | |
| 9. ROHM & HAAS COMMON STOCK | G | Dividend | P2 | T | Transferred (to line 107) | 12-31 | P2 | | |
| 10. SELYA PROPERTIES 50% CONDO PROVIDENCE, RI | C | Rent | M | W | | | | | |
| 11. SILVER RESAOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 12. WASHINGTON TRUST BANCORP | A | Dividend | J | T | Buy | 01-01 | J | | |
| 13. BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 14. BANK OF AMERICA CHECK\SAV ACCT PROV RI | C | Interest | N | T | | | | | |
| 15 BANK OF AMERICA IRA CD\SAV ACCT PROV RI | A | Interest | | | Closed | 12-31 | J | | |
| 16. BANK OF RHODE ISLAND CHECK\SAV PROV RI | B | Interest | M | T | | | | | |
| 17 CAMBRIDGE SAVINGS BANK SAVINGS ACCT CAMBRIDGE MA | A | Interest | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SELYA, BRUCE M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CITIZENS SAVINGS BANK SAVINGS ACCT PROV RI | B | Interest | M | T | | | | | |
| 19. CITIZENS BANK IRA - SAVINGS CD | B | Interest | K | T | Open | 06-01 | K | | |
| 20. PHOENIX CHECKING WILMINGTON, DE | A | Interest | J | T | | | | | |
| 21. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | A | Dividend | K | T | | | | | |
| 22. PROV FED POSTAL EMPLOYEES CU CHECK\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 23. BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 24. PHOENIX MUTUTAL LIFE INS CO CSV | | None | J | T | | | | | |
| 25. BROKERAGE ACCOUNT # 4 | | | | | | | | | |
| 26. BRISTOL COUNTY RI WATER MUNI BOND | B | Interest | K | T | | | | | |
| 27. BRISTOL WARREN RI REGIONAL SCHOOL DISTRICT MUNI BOND | B | Interest | K | T | | | | | |
| 28. MERRILL LYNCH CASH MNGMT ACCT. | C | Dividend | N | T | | | | | |
| 29. PAWTUCKET RI BOND MUNI BOND | C | Interest | L | T | | | | | |
| 30. PROVIDENCE RI PUBLIC BUILDINGS BOND MUNI BOND | B | Interest | L | T | | | | | |
| 31. PUERTO RICO COMM PUB IMPROV BONDS MUNI BOND | C | Interest | K | T | | | | | |
| 32. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | A | Interest | K | T | | | | | |
| 33. RHODE ISLAND - PROVIDENCE MUNI BOND | D | Interest | N | T | Buy (add'l) | 09-25 | L | | |
| 34. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | C | Interest | L | T | | | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | D | Interest | N | T | | | | | |
| 36. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | D | Interest | M | T | Buy (add'l) | 03-13 | L | | |
| 37. | | | . | | Sold (part) | 07-01 | K | A | |
| 38. RHODE ISLAND KENT COUNTY BOND MUNI BOND | A | Interest | J | T | Merged (with line 33) | | | | |
| 39. RI PROV PLANTATIONS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 40. RHODE ISLAND CLEAN WATER BOND MUNI BOND | A | Interest | J | T | | | | | |
| 41. WARWICK RI BOND MUNI BOND | A | Interest | K | T | | | | | |
| 42. BROKERAGE ACCOUNT # 5 | | | | | | | | | |
| 43. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. DELL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 48. RHODE ISLAND HEALTH & EDUC BOND MUNI BOND | A | Interest | J | T | | | | | |
| 49. SMITH BARNEY CASH FUND | A | Dividend | J | T | | | | | |
| 50. VERIGY LTD COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROKERAGE ACCOUNT # 6 | | | | | | | | | |
| 53. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. COLUMBIA TAX EXEMPT RESERVES CASH FUND | A | Dividend | K | T | | | | | |
| 55. IDEARC, INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 57. MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. ONEOK, INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 59. PERKINELMER INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 61. QWEST COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. TEXTRON, INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 64. UNION PAC CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 65. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 67. FAIRPOINT COMMUNICATIONS INC. | A | Dividend | J | T | Spinoff (from line 65) | 04-21 | | | |
| 68. BROKERAGE ACCOUNT # 7 | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| SELYA, BRUCE M. | . | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 70. AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 71. ALLEGHENY TECHNOLOGIES INC C OMMON STOCK | A | Dividend | | | Sold | 08-25 | J | | |
| 72. AMERICAN INTERN'L GROUP INC C OMMON STOCK | A | Dividend | | | Sold | 08-25 | J | | |
| 73. AMGEN INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 74. APACHE CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 75. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | A | Dividend | J | T | Sold (part) | 08-25 | J | A | |
| 76. BANK OF AMERICA COMMON STOCK | A | Dividend | J | T | | | | | |
| 77. CISCO SYS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 78. COMPANHIA VALE DO RIO DOCE CO MMON STOCK | A | Dividend | J | T | Sold (part) | 08-25 | J | A | |
| 79. DISNEY WALT CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 80. DISCOVER FINANCIAL SERVICES C OMMON STOCK | A | Dividend | J | T | | | | | |
| 81. EXELON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 82. EXXON MOBIL CORP COMMON STOC K | A | Dividend | J | T | | | | | |
| 83 GENERAL ELECTRIC CO. COMMON S TOCK | A | Dividend | J | T | | | | | |
| 84. GOLDMAN SACHS GROUP, INC CO MMON STOCK | A | Dividend | J | T | | | | | |
| 85 HONEYWELL INTL INC COMMON ST OCK | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HOSPIRIA INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 87. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 88. ISAHRES MSCI EAFE INDEX FD COMMON STOCK | B | Dividend | | | Sold | 08-25 | K | | |
| 89. ISHARES S&P MID CAP COMMON STOCK | A | Dividend | | | Sold | 02-01 | J | | |
| 90. ISHARES TR S&P SMALL CAP 600 | A | Dividend | J | T | Buy | 08-25 | J | | |
| 91. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 92. MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 93. BNY MELLON NTL INTER MUNI BONDS | C | Interest | M | T | Buy (add'l) | 08-21 | M | | NAME CHANGE |
| 94. MELLON MONEY MARKET CASH FUND | A | Interest | J | T | | | | | |
| 95. BNY MELLON MID CAP STK FND | B | Dividend | K | T | Buy | 02-01 | K | | |
| 96. BNY MELLON INTERNATIONAL FD CL | B | Dividend | K | T | Buy | 08-21 | K | | |
| 97. MORGAN STANLEY DEAN WITTER & CO. COMMON STOCK | A | Dividend | | | Sold | 09-23 | J | | |
| 98. NEWS CORP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 99. OMNICOM GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. ORACLE CORP. COM COMMON STOCK | A | Dividend | J | T | | | | | |
| 101. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 102. PRAXIR INC. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 104. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. QUALCOMM INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 106. RI HEALTH & ED BLDG MUNI BOND | D | Interest | | | Sold | 08-15 | M | A | |
| 107. ROHM & HAAS COMMON STOCK | G | Dividend | P2 | T | Transferred<br>(from line 9) | 12-31 | P2 | | |
| 108. | | | | | Sold<br>(part) | 02-27 | O | E | |
| 109. SANOFI SYNTHELABO SPON ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. SCHERING PLOUGH CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 111. SCHLUMBERGER LTD COMMON STOCK | A | Dividend | J | T | Sold<br>(part) | 08-25 | J | D | |
| 112. SEMPRA ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 113 STAPLES INC COMMON STOCK | A | Dividend | | | Sold | 08-25 | J | B | |
| 114 TARGET CORP. COMMON STOCK | A | Dividend | | | Sold | 08-25 | J | | |
| 115. THERMO FISHER SCIENTIFIC-INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 116. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | J | T | Sold<br>(part) | 08-25 | J | C | |
| 117 UNTIEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | | | Sold | 10-08 | J | | |
| 118. WALMART STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 119 WALGREEN CO COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WELLS FARGO & CO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 121. 3M CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 122. BROKERAGE ACCOUNT # 8 | | | | | | | | | |
| 123. COLUMBIA MUNICIPAL RESERVES CASH | A | Interest | J | T | | | | | |
| 124. RI STATE ECO DEVELOPMENT BOND - MUNI BOND | B | Interest | | | Sold | 06-16 | K | A | |
| 125. RHODE ISLAND HSG & MTG FIN CORP. MUNI BONDS | B | Interest | L | T | Buy | 10-23 | L | | |
| 126. RHODE ISLAND ST & PROVIDENCE PLANTATION MUNI BONDS | D | Interest | N | T | Buy | 02-21 | N | | |
| 127. SMITHFIELD RI GO BDS SER. 2003 MUNI BONDS | B | Interest | L | T | Buy | 06-13 | L | | |
| 128. BROKERAGE ACCOUNT # 9 | | | | | | | | | |
| 129. ESTATE # 1 - CMA MONEY FUND | D | Dividend | O | T | Open | 01-01 | O | | |
| 130. ESTATE # 2 - ROHM & HAAS COMMON STOCK | E | Dividend | | | Distributed | 02-01 | P1 | | |
| 131. ESTATE # 2 - SUNTRUST CHECKING ACCOUNT ORLAND, FL | A | Interest | | | Closed | 12-31 | M | | |
| 132. ESTATE # 2 - BANK OF AMERICA SAVINGS ACCOUNT | A | Interest | | | Closed | 12-31 | J | | |
| 133. ESTATE # 2 - CONDO HOLLYWOOD, FL | | None | L | T | | | | | |
| 134. ESTATE # 2 - CMA MONEY FUND | D | Dividend | N | T | Open | 02-01 | N | | |
| 135 BROKERAGE ACCOUNT # 10 | | | | | | | | | |
| 136. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | J | T | Buy | 11-12 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| SELYA, BRUCE M. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CITIGROUP, CORP. COMMON STOCK | B | Dividend | J | T | Buy | 06-11 | J | | |
| 138 CITIGROUP, CORP. COMMON STOCK | | None | | | Sold | 12-30 | J | A | |
| 139. GOLDCORP, INC. COMMON STOCK | A | Dividend | K | T | Buy | 08-05 | K | | |
| 140. CD GE CAPITAL FINCL INC. SALT LAKE CITY, UT 3% | A | Dividend | K | T | Buy | 06-10 | K | | |
| 141. CD GE CAPITAL FINCL INC. SALT LAKE CITY, UT 3% | | None | | | Sold | 12-18 | K | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig  5/13/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544